IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Walker D. Miller

Criminal Action No. 06-cr-00177-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARCADIO MATIAS-MEDINA,

    Defendant.

---

## ORDER GRANTING APPLICATION FOR A
## WRIT OF HABEAS CORPUS

---

THIS MATTER comes before the Court on the Defendant's Application for a Writ of Habeas Corpus. The Court grants the Application.

**IT IS ORDERED** that the Clerk issue the **WRIT OF HABEAS CORPUS** attached to this Order.

Dated this 20 day of October, 2008

BY THE COURT:

*(signed)*

Walker D. Miller
United States District Judge